## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES
*BEFORE DISTRICT JUDGE JAMES O. BROWNING*

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-66 JB/KBM | **DATE:** | November 5, 2014 |
| **CASE CAPTION:** | FDIC v. Dee, et al. | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | M. Seal |
| **COURT IN SESSION:** | 8:38 a.m.<br>10:10 a.m. | **COURT IN RECESS:** | 10:02 a.m. = 1:24<br>10:46 a.m. = :36<br>**TOTAL = 2:00** |

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULING/DISPOSITION:**
1. Certain Defendants' Motion to Dismiss [15] – **TAKEN UNDER ADVISEMENT – INCLINED TO DENY**
2. Certain Defendants' Motion to Strike [16] – **TO BE WITHDRAWN**
3. Defendant Bobby J. Nafus's Motion to Dismiss [18] - **TAKEN UNDER ADVISEMENT – INCLINED TO DENY**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Dennis Klein/Derick Sohn | Andrew Schultz (for All Defts. except Nafus) |
| Mary Torres | Frank Carroll/Tom Alleman (for All Defts. except Nafus) |
| | Phil Krehbiel/Marina Hand/Nick Pino (for Deft. Nafus) |

### PROCEEDINGS

**COURT IN SESSION:** 8:38 a.m.

**Court:** Calls case. Counsel enter appearances. Provides disclosure re: Marshall Martin – if any party wishes more information re: same let Court/CRD know.

### CERTAIN DEFENDANTS' MOTION TO DISMISS [15]
### &
### CERTAIN DEFENDANTS' MOTION TO STRIKE [16]

**Mr. Carroll:** Argues in support of motions.

**Mr. Pino:** Argues in support of motions.

**9:32 a.m. Mr. Klein:** Argues in response in opposition to motions.

**Court in recess:** 10:02 a.m.

**Court in session:** 10:10 a.m.

**Mr. Carroll:** Argues in reply in further support of motions.

**10:15 a.m. Mr. Pino:** Argues in reply in further support of motions.

**10:23 a.m. Mr. Klein:** Argues further in opposition to motions.

**10:32 Mr. Carroll:** Argues further in support of motions.

**Mr. Pino:** No further argument on motions.

## CERTAIN DEFENDANTS' MOTION TO STRIKE [16]

**Mr. Carroll:** Argues in support of motion.

**Mr. Pino:** No argument on motion.

**Mr. Klein:** Argues in response in opposition to motion.

**10:39 a.m. Mr. Pino:** Argues further in support of motion – withdraws motion.

No other counsel object to withdrawal of motion.

**Court:** Requests submit notice of withdrawal.

**Mr. Carroll:** Will do so.

**Court:** Takes motions to dismiss under advisement – inclined to deny. Sets ISC on 12/9/14 at 8:30 a.m. – fine for counsel to appear telephonically - scheduling order will be issued. Will try to have decision out by the ISC. Anything further?

Counsel inform there is not.

**COURT IN RECESS:** 10:46 a.m.