IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First Community Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:14-cv-00066-JB-KBM |
| H. PATRICK DEE, PAUL D. DiPAOLA, V. WILLIAM DOLAN, JR., JOHN E. FANNING, MARSHALL G. MARTIN, BOBBY J. NAFUS, RONALD R. SANCHEZ, and PAMELA J. SMITH, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF CHANGE OF FIRM NAME**

Please take notice that effective May 1, 2015, Cox Smith Matthews Incorporated has merged with Dykema PLLC. Henceforth the combined firm will be known as Dykema Cox Smith. All other particulars remain unchanged.

        DYKEMA COX SMITH

        By: */s/ William Frank Carroll*
            William Frank Carroll

        William Frank Carroll
        Thomas B. Alleman
        Aubrey Colvard Labanowski
        1201 Elm Street, Suite 3300
        Dallas, Texas 75270
        Telephone: (214) 698-7800
        Facsimile: (214) 698-7899
        Email: fcarroll@coxsmith.com
                    talleman@coxsmith.com
                    alabanowski@coxsmith.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:aschultz@rodey.com

*Attorneys for Defendants H. Patrick Dee, Paul D. DiPaola, V. William Dolan, Jr., John E. Fanning, Marshall G. Martin, Ronald R. Sanchez, and Pamela J. Smith*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2015, the foregoing Notice was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dennis S. Klein
Hughes Hubbard & Reed LLP
201 South Biscayne Boulevard
Miami, Florida 33131-4332
klein@hugheshubbard.com

Mary T. Torres
Law Offices of Mary Torres, Esq.
201 Third Street, NW, Suite 500
Albuquerque, NM 87102
mtt@marytorreslaw.com

Kurt Wihl
Benjamin F. Feuchter
Michael G. Smith
Keleher & McLeod, PA
PO Box AA
Albuquerque, NM 87102
kw@keleher-law.com
bf@keleher-law.com
mgs@keleher-law.com

                                              DYKEMA COX SMITH

                                              By: */s/ William Frank Carroll*_____
                                                    William Frank Carroll