UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST COMMUNITY BANK<br><br>          Plaintiff,<br><br>   v.<br><br>H. PATRICK DEE, PAUL D. DIPAOLA, V. WILLIAM DOLAN, JR., JOHN E. FANNING, MARSHALL G. MARTIN, BOBBY J. NAFUS, RONALD R. SANCHEZ, AND PAMELA J. SMITH<br><br>          Defendants. | NO. 1:14-cv-00066-JB-KBM |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, Plaintiff Federal Deposit Insurance Corporation ("FDIC"), by and through its counsel of record, Mary T. Torres hereby notifies the Court and counsel that effective **May 1, 2015**, Ms. Torres will change law firms and a change of address will take place as follows:

**NEW ADDRESS:**

Law Offices of Mary T. Torres
201 Third Street NW, Suite 500
Albuquerque, NM  87102
Ph:    (505) 944-9030
Fax:   (505) 944-9091
Email: mtt@marytorreslaw.com

Respectfully Submitted,

By: /s/ Mary T. Torres
Mary T. Torres, Esq.
Law Offices of Mary T. Torres
201 Third Street NW, Suite 500
Albuquerque, New Mexico  87102
(505) 944-9030
mtt@marytorres.law.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that the foregoing pleading was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing, or otherwise delivered to those entitled to notice this 6th day of May, 2015.

Andrew G. Schultz
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103-1888
T: (505) 765-5900
F: (505) 768-7395
aschultz@rodey.com

William Frank Carroll
Thomas B. Alleman
Aubrey Colvard Labanowski
DYKEMA, COX, SMITH
1201 Elm Street – Suite 3300
Dallas, TX 75270
T: (214) 698-7800 F: (214) 698-7899
fcarroll@dykema.com
talleman@dykema.com
alabanoski@dykema.com

 Kurt Wihl
Michael G. Smith
Benjamin F. Feuchter
Keleher and McLeod, PA
P.O. Box AA
Albuquerque, NM 87103

201 3rd St NW # 1200
Albuquerque, NM 87102
T: (505) 346-4646 Fax: (505) 346-1370
kw@keleher-law.com
mgs@keleher-law.com
bf@keleher-law.com


   */s/ Mary T. Torres*
Mary T. Torres